DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH KALNAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2564

[October 29, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2018-CF012020-AXXX-MB.

Carey Haughwout, Public Defender, and Claire Victoria Madill, Assistant Public Defender, West Palm Beach; Alexis Agathocleous of the Innocence Project, Inc., New York, NY, Pro Hac Vice; and Seth E. Miller of the Innocence Project of Florida, Inc., Tallahassee, Amicus Curiae, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***